IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSEPH BOYKIN,            ) | |
|                           ) | |
|     Plaintiff,            ) | |
|                           ) | CIVIL ACTION NO. |
|     v.                    ) | 2:15cv631-MHT |
|                           ) | (WO) |
| GULF COAST ENTERPRISES,   ) | |
|                           ) | |
|     Defendant.            ) | |

OPINION AND ORDER

This case is before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss or, in the alternative, for summary judgment be denied.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 23) is adopted.

(2) The motion to dismiss or, in the alternative, for summary judgment (doc. no. 15) is denied.

It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 4th day of April, 2016.

                        /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE