## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOSEPH BOYKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. |
| | ) 2:15-cv-00631-MHT-WC |
| | ) |
| GULF COAST ENTERPRISES, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

Defendant, GCE, hereby notifies the Court that the parties have reached a settlement of this matter, although the settlement agreement has not yet been finalized and executed.  The parties anticipate the settlement agreement to be executed by December 28, 2016.

Respectfully Submitted, this the 15th day of December 2016.

s/ Breanna H. Young
Arnold W. Umbach III (ASB-1932-M66A)
Breanna H. Young (ASB-9133-A52H)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama  35209
(205) 868-6000
tumbach@starneslaw.com
byoung@starneslaw.com

Attorneys for GCE

{B2374438}

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Joseph Boykin, Sr.
387 W. Delano Avenue
Montgomery, Alabama 36105


s/ Breanna H. Young
Breanna H. Young (ASB-9133-A52H)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama  35209

{B2374438}